UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
OCT 22 2012
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

GEORGINA VELAZQUEZ-MENDOZA (2),

      Defendant.

CASE NO. 11CR4040-W

**JUDGMENT OF DISMISSAL**

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, with prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Information:

31 USC 5234(c)(3) - Structuring of International Monetary Instrument Transaction

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/22/12

            Thomas J. Whelan
            U.S. District Judge